IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SHEKINAH STEVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and, TRANS UNION, LLC,<br><br>    Defendants. | CASE NO. CV 26-00030 MWJS-KJM<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO <u>THOMAS N. ABBOTT</u><br><br><br><br><br><br>Trial: June 21, 2027 |

ORDER GRANTING MOTION
<u>TO APPEAR PRO HAC VICE</u>

The Court GRANTS the Motion of <u>Thomas N. Abbott</u> to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Thomas N. Abbott |
| Firm Name: | Troutman Pepper Locke LLP |
| Firm Address: | 100 S.W. Main Street, Suite 1000<br>Portland, OR 97204 |
| Attorney CM/ECF Primary email address: | thomas.abbott@troutman.com |
| Firm Telephone: | 503-290-2322 |
| Party Represented | Experian Information Solutions, Inc. |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, <u>April 17, 2026</u>



Kenneth J. Mansfield
United States Magistrate Judge